JOSEPH P. CARNEY, Appellant, v. PENN REALTY COMPANY, Respondent.— Motion for stay denied, without costs.  Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

JOHN A. FLEMING, Respondent, v. BORDEN'S CONDENSED MILK COMPANY and Others, Appellants.— Motion denied on condition that appellant Higginson perfect his appeal, place the case on the September calendar, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.  Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

In the Matter of SAMUEL CHUGERMAN, an Attorney.— Matter referred to the Hon. William D. Dickey as official referee, for hearing and report. Present — Stapleton, Mills, Rich and Putnam, JJ.

In the Matter of the Application of the CITY OF NEW YORK, Relative to Acquiring Title, etc., for Opening and Extending East Ninety-second Street, from East New York Avenue to Avenue D, etc.— Motion for leave to appeal to the Court of Appeals denied.  Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

In the Matter of the Abrogation of the Adoption Proceedings of GEORGE H. McDEVITT and Others, Infants under the Age of Twelve Years.— Motion for stay granted, upon condition that the foster parent permit the natural parent to see the children on every Saturday afternoon during the summer months; upon failure to comply with this condition, motion for stay denied. Present — Stapleton, Mills, Rich and Putnam, JJ.  Order to be settled before Mr. Justice Stapleton.

In the Matter of HUGH A. McTERNAN, an Attorney.— Matter referred to Hon. Josiah T. Marean, official referee, to take proof and report.  Present — Stapleton, Mills, Rich and Putnam, JJ.

In the Matter of the Application of LEOPOLD ZIRINSKY for License and Admission to Practice as an Official Examiner of Title.*— Application granted upon the approval of the bond by the presiding justice.  Let the sureties justify before the presiding justice on June 30, 1916, at eleven A. M.  Present — Thomas, Mills, Rich and Putnam, JJ.

HELEN McGEE, Respondent, v. MANHATTAN BRIDGE THREE-CENT LINE, Appellant.— Motion for leave to appeal to the Court of Appeals denied.  Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

ELIZABETH McWHIRTER, Appellant, v. IRENE U. PAYNTAR, Respondent.— Motion denied, without costs.  Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

EDWARD H. MOUBRAY, Plaintiff, v. G. & M. IMPROVEMENT COMPANY, Defendant.— Motion granted, without costs, upon condition that defendant give to the plaintiff a surety company undertaking, in the sum of $5,000, to indemify him against all damage resulting from the stay. Present - -Stapleton, Mills, Rich and Putnam, JJ.

WILLIAM C. TIEDEMAN, Respondent, v. LILLIAN M. TIEDEMAN, Appellant.— Motion to dismiss appeal denied, without costs.  Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.